IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ARTTIE PRICE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-369 (MTT) |
| ANTOINE G. CALDWELL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends dismissing Plaintiff's complaint in its entirety for failing to comply with the Court's orders and for not diligently prosecuting his case pursuant to Federal Rule of Civil Procedure 41(b). Doc. 42. On May 9, 2017, the Magistrate Judge issued an Order, advising Plaintiff of Defendants' Partial Motion to Dismiss (Doc. 35) and instructing Plaintiff to file a response within 21 days. Docs. 38; 42 at 2. Plaintiff did not file a response, and on June 7, the Magistrate Judge ordered Plaintiff to show cause as to why this action should not be dismissed for Plaintiff's failure to prosecute. Doc. 40. Again, Plaintiff failed to respond.[1] Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the order of this Court. Accordingly, Plaintiff's complaint is **DISMISSED**

---

[1] Plaintiff has had no contact with the Court since filing his Notice of Change of Address (Doc. 26). It seems Plaintiff has abandoned his case.

**without prejudice**, and Defendants' Partial Motion to Dismiss (Doc. 35) is **DENIED as Moot**.

**SO ORDERED,** this 22nd day of December, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
